**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**v.**                          **CASE NO. 2:20-CR-00028-BSM**

**CORTEZ TIMLEY**                                                      **DEFENDANT**

## ORDER

The government's motion to dismiss the information [Doc. No. 2] filed against Cortez Timley is granted.  The information against Timley is dismissed without prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED this 14th day of September, 2020.


_____
UNITED STATES DISTRICT JUDGE